UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHELLIE HAMMACK,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FAMILY INSURANCE et al.,<br><br>Defendants. | CASE NO. 2:26-cv-00123-JNW<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

The Court raises this matter of its own accord. Plaintiff Chellie Hammack filed her complaint on January 14, 2026, and received summonses on February 3, 2026. But Hammack has not shown that she has served Defendants. United States Magistrate Judge Grady J. Leupold issued two orders to show cause why this case should not be dismissed without prejudice for failure to timely serve Defendants. Dkt. Nos. 7;8; *see* Fed. R. Civ. P. 4(m). Hammack did not respond. Accordingly, this case is DISMISSED without prejudice for noncompliance with the Court's orders to show cause and for failure to timely serve Defendants. The Clerk is directed to CLOSE this case.

Dated this 14th day of October, 2026.

Jamal N. Whitehead
United States District Judge